# Exhibit A

**Signal Hill Supply Service Inc., 25-10776-KHK**
**Transfers from Debtor to Samuel "Dutch" Hillenburg**

| No. | Date of Transfer | Manufacturer | Serial No. | Type | Disposition |
|---|---|---|---|---|---|
| 1 | 5/2/2020 | Colt's Manufacturing | 28037 V3 | Shotgun | Samuel Wayne Hillenburg |
| 2 | 5/30/2020 | Detonics | CR16905 | Pistol | Samuel Wayne Hillenburg |
| 3 | 5/30/2020 | Detonics | CR14437 | Pistol | Samuel Wayne Hillenburg |
| 4 | 5/30/2020 | Remington Arms Co. | RR28701J | Rifle | Samuel Wayne Hillenburg |
| 5 | 6/10/2020 | Sig Sauer | TF000842 | Pistol | Samuel Wayne Hillenburg |
| 6 | 8/15/2020 | n/a | 701-46731 | Rifle | Samuel Wayne Hillenburg |
| 7 | 12/27/2020 | Ruger Sturm, Ruger & Co., Sturm | 0011-66814 | Rifle | Samuel Wayne Hillenburg |
| 8 | 1/2/2021 | Colt's Manufacturing | 1308WCC | Pistol | Samuel Wayne Hillenburg |
| 9 | 1/6/2021 | n/a | 631898 | Shotgun | Samuel Wayne Hillenburg |
| 10 | 1/6/2021 | Winchester | K115646 | Shotgun | Samuel Wayne Hillenburg |
| 11 | 9/5/2021 | n/a | BB046643 | Rifle | Samuel Wayne Hillenburg |
| 12 | 3/5/2024 | High Standard MFG Corp | 2434763 | Pistol | Dutch Hillenburg - Firearms Historian |
| 13 | 4/5/2024 | Kelblys Inc. | 95174 | Rifle | Dutch Hillenburg - Firearms Historian |
| 14 | 6/21/2024 | Gillco Firearms | SA0000767 | Destructive Device | Dutch Hillenburg - Firearms Historian |
| 15 | 6/21/2024 | Silencerco, LLC | A51N26542 | Silencer | Dutch Hillenburg - Firearms Historian |
| 16 | 6/21/2024 | Dead Air Silencers | MHD-22607 | Suppress | Dutch Hillenburg - Firearms Historian |
| 17 | 6/21/2024 | R and S Firearms DBA Sam's | BD31895017 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 18 | 6/21/2024 | Signal Hill Supply & Service, Inc | M1A11 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 19 | 6/21/2024 | Signal Hill Supply & Service, Inc | M1A12 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 20 | 6/21/2024 | Signal Hill Supply & Service, Inc | MP401 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 21 | 6/21/2024 | Signal Hill Supply & Service, Inc | MP402 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 22 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHSS-MG42-01 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 23 | 6/21/2024 | Signal Hill Supply & Service, Inc | M45B1 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 24 | 6/21/2024 | Signal Hill Supply & Service, Inc | M45B2 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 25 | 6/21/2024 | Signal Hill Supply & Service, Inc | M45B3 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 26 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHSS-M45-001 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 27 | 6/21/2024 | Signal Hill Supply & Service, Inc | K22650 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 28 | 6/21/2024 | Signal Hill Supply & Service, Inc | 202303 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 29 | 6/21/2024 | Signal Hill Supply & Service, Inc | 5197 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 30 | 6/21/2024 | Signal Hill Supply & Service, Inc | Z21615 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 31 | 6/21/2024 | Signal Hill Supply & Service, Inc | JS33164 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 32 | 6/21/2024 | Signal Hill Supply & Service, Inc | 7480 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 33 | 6/21/2024 | Colt's Manufacturing | LTA016320 | SBR | Dutch Hillenburg - Firearms Historian |
| 34 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-AK47 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 35 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-G18 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 36 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-KP44 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 37 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-L2A3 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 38 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-M4001 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 39 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-MK46MOD0 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 40 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-PPS43 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 41 | 6/21/2024 | TPM Outfitters | Z056764 | SBS | Dutch Hillenburg - Firearms Historian |
| 42 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-M1928A1 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 43 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-MP40 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 44 | 6/21/2024 | Surefire, LLC | A1601663 | Suppress | Dutch Hillenburg - Firearms Historian |
| 45 | 6/21/2024 | Tactical Solutions Inc | AX13-00501 | Suppress | Dutch Hillenburg - Firearms Historian |
| 46 | 6/21/2024 | Sig Sauer Academy | 32A004861 | SBR | Dutch Hillenburg - Firearms Historian |
| 47 | 6/21/2024 | n/a | 1022-006 | Silencer | Dutch Hillenburg - Firearms Historian |
| 48 | 6/21/2024 | Signal Hill Supply & Service, Inc | PAC1116003 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 49 | 6/21/2024 | Signal Hill Supply & Service, Inc | SBR-68084 | Lower | Dutch Hillenburg - Firearms Historian |
| 50 | 6/21/2024 | Guide Lamp Div (GM) | 492676 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 51 | 6/21/2024 | Thompson Machine | CZB0029 | Silencer | Dutch Hillenburg - Firearms Historian |
| 52 | 6/21/2024 | Innovation Arms | R1332221 | Silencer | Dutch Hillenburg - Firearms Historian |
| 53 | 6/21/2024 | Silencerco, LLC | SSW-1462 | Silencer | Dutch Hillenburg - Firearms Historian |
| 54 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-DPM001 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 55 | 6/21/2024 | Signal Hill Supply & Service, Inc | SHS-PM63 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 56 | 6/21/2024 | Innovation Arms | IA297 | Silencer | Dutch Hillenburg - Firearms Historian |
| 57 | 6/21/2024 | Anderson MFG | 15070704 | Rifle | Dutch Hillenburg - Firearms Historian |
| 58 | 6/21/2024 | Signal Hill Supply & Service, Inc | DSA24492 | SBR | Dutch Hillenburg - Firearms Historian |
| 59 | 6/21/2024 | Signal Hill Supply & Service, Inc | 14121180 | SBR | Dutch Hillenburg - Firearms Historian |
| 60 | 6/21/2024 | Yankee Hill Machine | Y4877 | Silencer | Dutch Hillenburg - Firearms Historian |
| 61 | 6/21/2024 | Sig Sauer | TQ001526 | Rifle | Dutch Hillenburg - Firearms Historian |
| 62 | 6/21/2024 | Silencerco, LLC | SPS-17261 | Suppress | Dutch Hillenburg - Firearms Historian |
| 63 | 6/21/2024 | Silencerco, LLC | OMG-35719 | Silencer | Dutch Hillenburg - Firearms Historian |
| 64 | 6/21/2024 | Silencerco, LLC | OMG45K-0162 | Silencer | Dutch Hillenburg - Firearms Historian |

**Signal Hill Supply Service Inc., 25-10776-KHK**
**Transfers from Debtor to Samuel "Dutch" Hillenburg**

| 65 | 6/21/2024 | Silencerco, LLC | OSP45-33801 | Silencer | Dutch Hillenburg - Firearms Historian |
|---|---|---|---|---|---|
| 66 | 6/21/2024 | SIA | BU10321 | Silencer | Dutch Hillenburg - Firearms Historian |
| 67 | 6/21/2024 | Signal Hill Supply & Service, Inc | RTP-01 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 68 | 6/21/2024 | Signal Hill Supply & Service, Inc | RTP-02 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 69 | 6/21/2024 | Signal Hill Supply & Service, Inc | RTP-03 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 70 | 6/21/2024 | Signal Hill Supply & Service, Inc | SBR-04565 | SBR | Dutch Hillenburg - Firearms Historian |
| 71 | 6/21/2024 | Sig Sauer | 53E015745 | Rifle | Dutch Hillenburg - Firearms Historian |
| 72 | 6/21/2024 | Zenith Firearms | T0624-17BH012-44 | Pistol | Dutch Hillenburg - Firearms Historian |
| 73 | 6/21/2024 | Silencerco, LLC | OCT9-2243 | Suppress | Dutch Hillenburg - Firearms Historian |
| 74 | 6/21/2024 | Signal Hill Supply & Service, Inc | RTP-04 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 75 | 6/21/2024 | Signal Hill Supply & Service, Inc | 5484 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 76 | 6/21/2024 | Sig Sauer | 61A018971 | Silencer | Dutch Hillenburg - Firearms Historian |
| 77 | 6/21/2024 | Wilson Arms Co. | HF611 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 78 | 6/21/2024 | Knights Armament Company | XM071 | Silencer | Dutch Hillenburg - Firearms Historian |
| 79 | 6/21/2024 | Silencerco, LLC | OCT9-10085 | Suppress | Dutch Hillenburg - Firearms Historian |
| 80 | 6/21/2024 | Daniel SW Inc | AC 284 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 81 | 6/21/2024 | C.N. Romarm SA | 22015105 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 82 | 6/21/2024 | Infantry Arms & Surplus | MCH1003 | Machine Gun | Dutch Hillenburg - Firearms Historian |
| 83 | 6/21/2024 | Surefire, LLC | A56N03389 | Silencer | Dutch Hillenburg - Firearms Historian |