UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re                                          )
                                               )
SIGNAL HILL SUPPLY & SERVICE INC.,             )        Chapter 7
                                               )        Case No. 25-10776-KHK
        Debtor                                 )
_____        )
                                               )
DONALD F. KING, CHAPTER 7                       )
TRUSTEE,                                        )
                                               )
        Plaintiff,                             )
v.                                             )        A.P. No. 26-01021-KHK
                                               )
SAMUEL WAYNE HILLENBURG                         )
                                               )
        Defendant.                             )
_____        )

ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendant in this adversary proceeding.

Dated: May 27, 2026.

Respectfully submitted,


    /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Defendant


Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Defendant

CERTIFICATE OF SERVICE

This is to certify that on this 27th day of May, 2026 I caused the foregoing documdent to be served by on counsel for the Plaintiff by CM/ECF.

   /s/ Daniel M. Press
Daniel M. Press