**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

_____

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG** | * | |
| | * | |
| Defendant. | * | |

**CONSENT ORDER GRANTING PRELIMINARY INJUNCTION**
**TO MAINTAIN THE STATUS QUO PENDING**
**FINAL DETERMINATION ON MERITS OF COMPLAINT**

Upon the Motion of Plaintiff for Preliminary Injunction to Maintain the Status Quo Pending

Final Determination on Merits of Complaint [Adv. Pro. Doc No. 5] ("**Motion**"), which Motion

sought an order granting a preliminary injunction against Defendant prohibiting Defendant from

transferring any of the Firearm Assets[1] until this adversary proceeding is resolved on the merits,

the Court finds that the Motion was properly noticed, that no further notice is necessary, and that

Defendant, without admitting any of the allegations in the Complaint or Motion, consents to the

relief sought by the Motion. Accordingly, it is hereby

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

_____

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:   (703) 218-2144
Fax:   (703) 218-2160
bandar.al-saif@ofplaw.com

_Counsel for Plaintiff_

ORDERED that the Motion is granted, and Defendant is prohibited from transferring any of the Firearm Assets until this adversary proceeding is resolved on the merits.

DATED: May 28 2026
Alexandria, VA

/s/ Klinette H Kindred

**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered on Docket: May 29 2026

I ASK FOR THIS:

/s/ *Bandar K. Al-Saif*
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:      703-218-2144**
**Fax:     703-218-2160**
**Email:  Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

SEEN AND AGREED:

/s/ *Daniel M. Press*
**Daniel M. Press (VSB No. 37123)**
**CHUNG & PRESS, P.C.**
**6718 Whittier Ave. #200**
**McLean, Virginia 22101**
**Tel:      703-734-7600**
**Email:  dpress@chung-press.com**

*Counsel for Defendant*

<strong><u>CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)</u></strong>

I certify that this order has been served upon all necessary parties.

<em>/s/ Bandar K. Al-Saif</em><br>Bandar K. Al-Saif

2

**PARTIES TO RECEIVE COPIES:**

Defendant –    Samuel Wayne Hillenburg
               7701 Tiffany Ct.
               Clifton, VA 20124

All recipients of Notices of Electronic Filing

#6663959v1

3