**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

_____

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG** | * | |
| | * | |
| Defendant. | * | |

**CONSENT ORDER GRANTING PRELIMINARY INJUNCTION**
**TO MAINTAIN THE STATUS QUO PENDING**
**FINAL DETERMINATION ON MERITS OF COMPLAINT**

Upon the Motion of Plaintiff for Preliminary Injunction to Maintain the Status Quo Pending

Final Determination on Merits of Complaint [Adv. Pro. Doc No. 5] ("**Motion**"), which Motion

sought an order granting a preliminary injunction against Defendant prohibiting Defendant from

transferring any of the Firearm Assets[1] until this adversary proceeding is resolved on the merits,

the Court finds that the Motion was properly noticed, that no further notice is necessary, and that

Defendant, without admitting any of the allegations in the Complaint or Motion, consents to the

relief sought by the Motion. Accordingly, it is hereby

_____

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

_____

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:    (703) 218-2144
Fax:    (703) 218-2160
bandar.al-saif@ofplaw.com

*Counsel for Plaintiff*

ORDERED that the Motion is granted, and Defendant is prohibited from transferring any

of the Firearm Assets until this adversary proceeding is resolved on the merits.

DATED: May 28 2026
Alexandria, VA

/s/ Klinette H Kindred

**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered on Docket: May 29 2026

I ASK FOR THIS:

**/s/ *Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:    703-218-2144**
**Fax:    703-218-2160**
**Email:  Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

SEEN AND AGREED:

**/s/ *Daniel M. Press***
**Daniel M. Press (VSB No. 37123)**
**CHUNG & PRESS, P.C.**
**6718 Whittier Ave. #200**
**McLean, Virginia 22101**
**Tel:    703-734-7600**
**Email:  dpress@chung-press.com**

*Counsel for Defendant*

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I certify that this order has been served upon all necessary parties.

/s/ *Bandar K. Al-Saif*
Bandar K. Al-Saif

2

**PARTIES TO RECEIVE COPIES:**

Defendant –    Samuel Wayne Hillenburg
7701 Tiffany Ct.
Clifton, VA 20124

All recipients of Notices of Electronic Filing

#6663959v1

United States Bankruptcy Court

Eastern District of Virginia

King,

    Plaintiff

Adv. Proc. No. 26-01021-KHK

Hillenburg,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 1 of 1 |
| Date Rcvd: May 29, 2026 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID**      **Recipient Name and Address**
dft      +   Samuel Wayne Hillenburg, 7701 Tiffany Ct., Clifton, VA 20124-1810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Bandar Al-Saif

     on behalf of Plaintiff Donald F. King bandar.al-saif@ofplaw.com  marse.hammond@ofplaw.com

Daniel M. Press

     on behalf of Defendant Samuel Wayne Hillenburg dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Donald F. King

     on behalf of Plaintiff Donald F. King Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com

TOTAL: 3