**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

_____

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG** | * | |
| | * | |
| Defendant. | * | |

### RULE 26(f) REPORT/DISCOVERY PLAN

Pursuant to the Court's Scheduling Order and the applicable rules, counsel for the Plaintiff and Defendant have conferred with respect to discovery procedures for this matter. The Plaintiff and Defendant agree as set forth below:

1.      Nature of Claims and Defenses.  On June 8, 2026, the parties conferred concerning the nature and basis of their claims and defenses. The parties discussed the possibility for settlement or resolution of the case. It was agreed that following initial disclosures and initial discovery efforts, the parties would further discuss settlement and/or resolution.

2.      Rule 26(a)(1) Initial Disclosures.  The parties will make their Fed. R. Civ. P. 26(a)(1) initial disclosures by June 16, 2026 as ordered. No changes to the rule requirements are

_____

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:   (703) 218-2144
Fax:   (703) 218-2160
bandar.al-saif@ofplaw.com

*Counsel for Plaintiff*

necessary.

3.     <u>Expert Disclosures and Discovery</u>.  The parties propose a fact discovery deadline of November 16, 2026 (five months), and that all discovery requests shall be served with sufficient time that responses will be due on or before that date. Discovery requests and responses may be served via email in PDF or other readable format.

The parties have agreed to the following expert disclosure deadlines:

| | |
|---|---|
| Plaintiff: | 60 days prior to discovery cut-off |
| Defendants: | 30 days prior to discovery cut-off |
| Rebuttal: | 15 days prior to discovery cut-off |

All expert disclosures shall be served by email .pdf file. All experts shall be made available for deposition during the period following service of their disclosures, and prior to the following deadline.

4.     <u>Provisions for Electronic Discovery</u>.  The parties discussed discovery of electronically stored information and agreed that, due to the cost of such discovery and the benefits thereof, (a) discovery of electronically stored information will not be sought in this action except for email or SMS/text communications (which may be produced as static images (paper or .pdf), with attachments), documents and files on the parties' computer systems; and (b) electronic documents (other than the body of email or SMS/text communications) shall be produced in their native format. No party shall be required to search or produce system backup media, metadata, or files deleted in the ordinary course prior to commencement of this litigation. Notwithstanding any agreement to limit electronic discovery, the parties agree that no party may rely in this action on any electronic document or information not produced in discovery.

5.     <u>Privilege</u>:   Communications solely between the parties and their counsel in this litigation are deemed privileged and need not be included on a privilege log. No order under

Federal Rule of Evidence 502 is believed necessary at this time.

6. <u>Changes to Discovery Limits</u>: Not necessary.

7. <u>Other matters</u>.  This matter will need to be referred to the District Court for a jury trial after conclusion of discovery and resolution of any dispositive motions.

Dated:  June 9, 2026.

Respectfully submitted,

**/s/ *Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:    703-218-2144**
**Fax:    703-218-2160**
**Email:  Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

**/s/ *Daniel M. Press***
**Daniel M. Press (VSB No. 37123)**
**CHUNG & PRESS, P.C.**
**6718 Whittier Ave. #200**
**McLean, Virginia 22101**
**Tel:    703-734-7600**
**Email:  dpress@chung-press.com**

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this pleading was served on June 9, 2026 electronically, via Notice of Electronic Filing, upon all registered users in this case pursuant to this Court's CM/ECF policy.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif
