**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

---

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG** | * | |
| | * | |
| Defendant. | * | |

### ORDER SETTING FINAL PRE-TRIAL CONFERENCE

On June 16, 2026, the Court held a Pretrial Conference in the above adversary proceeding. Bandar Al-Saif, counsel for Plaintiff, and Daniel Press, counsel for Defendant, appeared for the hearing. For the reasons stated on the record, it is hereby,

**ORDERED:**

1. A Final Pre-Trial Conference will be held on **February 2, 2027 at 11:00 am** at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA 22314.

2. The Plaintiff shall make Expert Witness Disclosures required by Fed. R. Civ. P. 26(a)(2) not later than **September 17, 2026**.

3. The Defendant shall make Expert Witness Disclosures not later than **October 19, 2026**.

4. The parties shall make Rebuttal Expert Witness Disclosures by **November 2, 2026**.

5. All discovery shall be concluded by **November 16, 2026**.

6. Dispositive motions shall be filed by **December 16, 2026**. Responses thereto shall be filed by **January 6, 2027** and replies thereto by **January 20, 2027**. Any hearing on dispositive motions shall be noticed for a hearing to be held on **February 2, 2027 at 11:00 am**.

7. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

DATED: <u>Jul 1 2026</u>

Alexandria, VA

/s/ Klinette H Kindred

**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered on Docket: Jul 2 2026

I ASK FOR THIS:

**/s/ *Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:   703-218-2144**
**Fax:   703-218-2160**
**Email:  Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

2

SEEN AND AGREED:

**/s/ *Daniel M. Press***
**Daniel M. Press (VSB No. 37123)**
**CHUNG & PRESS, P.C.**
**6718 Whittier Ave. #200**
**McLean, Virginia 22101**
**Tel:    703-734-7600**
**Email:  dpress@chung-press.com**

*Counsel for Defendant*

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I certify that this order has been endorsed by all necessary parties.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

**Copies to:**

Bandar Al-Saif
*Counsel to the Plaintiff*

Daniel Press
*Counsel to the Defendant*

3