**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SUPPLY & SERVICE INC., | ) | Chapter 7 |
| | ) | Case No. 25-10776-KHK |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| DONALD F. KING, CHAPTER 7 | ) | |
| TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | A.P. No. 26-01021-KHK |
| | ) | |
| SAMUEL WAYNE HILLENBURG | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

　　　　　　　　　　　　　　　 /s/ Daniel M. Press_____
　　　　　　　　　　　　　　　Daniel M. Press, VSB 37123
　　　　　　　　　　　　　　　Law Offices of Daniel M. Press
　　　　　　　　　　　　　　　201 Washington St.
　　　　　　　　　　　　　　　Cumberland MD 21502
　　　　　　　　　　　　　　　(703) 725-7600
　　　　　　　　　　　　　　　dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on counsel for Plaintiff.

        /s/ Daniel M. Press_____

Daniel M. Press

2