**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG,** | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF'S MOTION TO EXTEND**
**EXPERT WITNESS DISCLOSURE DEADLINE**

Donald F. King, Trustee ("**Plaintiff**"), by counsel, pursuant to Rule 9006(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, files this motion ("**Motion**"), seeking a four-week extension of the Expert Witness Disclosure deadline established by the Order Setting Final Pre-Trial Conference ("**Scheduling Order**") [Docket No. 15].

Under Rule 9006(b)(1)(A), the Court may – at any time and for cause – extend the time to act under a court order if a request has been made before the specified period to act expires.

The current deadline for Expert Witness Disclosures is September 17, 2026. Plaintiff maintains that cause exists for the requested extension based on the highly specialized areas of federal law that may impact the valuation of the firearms that were transferred to the Defendant

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel: (703) 218-2144
Fax: (703) 218-2160
bandar.al-saif@ofplaw.com

*Counsel for Plaintiff*

and which are the subject of this adversary proceeding, and may control the extent to which Plaintiff is entitled to relief in this adversary proceeding. The requested extension would also accommodate scheduling conflicts with the primary expert witness. Plaintiff has been in communication with the primary expert upon which Plaintiff plans to engage, and such communication began shortly after entry of the Court's Scheduling Order. At that time, the prospective expert was out of the country for an extended family vacation, and discussions with the expert could not commence in earnest until the expert returned. Those discussions are now ongoing. With a four-week extension – to October 15, 2026 ("**Proposed Expert Disclosure Deadline**") – Plaintiff is confident that such disclosures required under Fed. R. Civ. Pro. 26(a)(2) can be made by the Proposed Expert Disclosure Deadline.

To avoid any prejudice to Defendant as a result of this Motion, Plaintiff also requests a four-week extension to all other deadlines within the Scheduling Order, including a continuance of the Final Pre-Trial Conference to March 2, 2027, or the soonest date thereafter that suits the Court's schedule.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order (a) granting this Motion and setting the Proposed Expert Disclosure Deadline; (b) extending each deadline set by the Scheduling Order by four weeks; and (c) continuing the Final Pre-Trial Conference to March 2, 2027, or however soon thereafter suits the Court's schedule.

Respectfully Submitted,
**DONALD F. KING, TRUSTEE**
By Counsel

**/s/ *Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel: 703-218-2144**
**Fax: 703-218-2160**
**Email: Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that this Motion was served on September 15, 2026 electronically, via Notice of Electronic Filing, upon Defendant's counsel pursuant to this Court's CM/ECF policy.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

#10042909v1