**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG,** | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON**
**<u>MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE</u>**

Donald F. King, Trustee ("**Plaintiff**"), by counsel, filed his Motion to Extend Expert Witness Disclosure Deadline ("**Motion**"). The Motion can be found on the case docket at Docket No. 17.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must do the following checked items:

☒ **On or before October 6, 2026,** file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or**

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel: 703-218-2144
Fax: 703-218-2160
Email: Bandar.Al-Saif@ofplaw.com

*Counsel for Plaintiff*

**hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

Clerk of the Court
U.S. Bankruptcy Court
200 South Washington Street
Alexandria, Virginia 22314

☒ A copy of any written response must be mailed to the following person:

Bandar K. Al-Saif
Odin Feldman Pittleman PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190

You must also:

☒ Attend the hearing scheduled to be held on **October 27, 2026, at 11:00 a.m.,** at the United States Bankruptcy Court, Courtroom III, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**DONALD F. KING, TRUSTEE**
By Counsel

/s/ *Bandar K. Al-Saif*
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel: 703-218-2144**
**Fax: 703-218-2160**
**Email: Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2026, this Notice and the Motion were served via Notice of Electronic Filing, upon Defendant's counsel pursuant to this Court's CM/ECF policy.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

#10044509