**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG,** | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF'S SECOND MOTION TO EXTEND**
**EXPERT WITNESS DISCLOSURE DEADLINE**

Donald F. King, Trustee ("**Plaintiff**"), by counsel, pursuant to Rule 9006(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, files this motion ("**Motion**"), seeking a second four-week extension of the Expert Witness Disclosure deadline and subsequent discovery deadlines established by the Consent Order (I) Extending Expert Witness Disclosure Deadline, (II) Extending Further Discovery Deadlines and (III) Continuing the Final Pre-Trial Conference ("**Consent Order**") [Docket No. 19].

Under Rule 9006(b)(1)(A), the Court may – at any time and for cause – extend the time to act under a court order if a request has been made before the specified period to act expires.

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel: (703) 218-2144
Fax: (703) 218-2160
bandar.al-saif@ofplaw.com

*Counsel for Plaintiff*

The current deadline for Expert Witness Disclosures is October 15, 2026. Plaintiff's initial motion to extend same discovery deadlines ("**First Extension Motion**") [Docket No. 17] sought extension for cause because of highly specialized areas of federal law that may impact valuation of the firearms that were transferred to the Defendant, for which Plaintiff sought to retain an expert. Since the First Extension Motion, Plaintiff has executed an engagement agreement with the primary expert upon which Plaintiff plans to rely, and same expert has begun preparing preliminary valuations of the firearms and related accessories ("**Assets**") that are the subject of this adversary proceeding. Despite best efforts to value the Assets with the information available to Plaintiff, Plaintiff's expert has determined that an inspection of the Assets is necessary to deliver the most accurate valuation possible. In accordance with that determination, Plaintiff has begun coordinating with Defendant to establish a mutually convenient date and time for an inspection by Plaintiff's expert of the Assets. With a four-week extension – to November 12, 2026 ("**Proposed Expert Disclosure Deadline**") – Plaintiff believes that the disclosures required under Fed. R. Civ. Pro. 26(a)(2) can be made by the Proposed Expert Disclosure Deadline if Plaintiff's expert may inspect the Assets in a timely manner.

As with the First Extension Motion, Plaintiff also requests a four-week extension to all other deadlines within the Consent Order, including a continuance of the Final Pre-Trial Conference to March 30, 2027, or the soonest date thereafter that suits the Court's schedule.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order (a) granting this Motion and setting the Proposed Expert Disclosure Deadline; (b) extending each deadline set by the Consent Order by four weeks; and (c) continuing the Final Pre-Trial Conference to March 30, 2027, or however soon thereafter suits the Court's schedule.

Respectfully Submitted,
**DONALD F. KING, TRUSTEE**
By Counsel

**/s/ *Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel: 703-218-2144**
**Fax: 703-218-2160**
**Email: Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that this Motion was served on October 15, 2026 electronically, via Notice of Electronic Filing, upon Defendant's counsel pursuant to this Court's CM/ECF policy.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

#10065446v1