**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SIGNAL HILL SUPPLY & SERVICE INC.,** | * | **Case No. 25-10776-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

---

| | | |
|---|---|---|
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Pro. No. 26-01021-KHK** |
| | * | |
| **SAMUEL WAYNE HILLENBURG** | * | |
| | * | |
| Defendant. | * | |

**SECOND CONSENT ORDER (I) EXTENDING EXPERT WITNESS DISCLOSURE DEADLINE, (II) EXTENDING FURTHER DISCOVERY DEADLINES AND (III) CONTINUING THE FINAL PRE-TRIAL CONFERENCE**

On November 5, 2026, Plaintiff filed an Amended Second Motion to Extend Expert Witness Disclosure Deadline ("**Motion**") [Adv. Pro. Doc. No. 23], by which Plaintiff sought an extension of the initial deadline for Plaintiff's Expert Witness Disclosures from October 15, 2026 to January 7, 2027, as well as a twelve-week extension of further discovery deadlines and continuance of the Final Pre-Trial Conference. The Court finds that the Motion was properly noticed, that no further notice is necessary, that good cause exists for the relief sought by the Motion, and that Defendant consents to the relief sought by the Motion by Defendant counsel's signature affixed to this Consent Order. Accordingly, it is hereby

---

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel: 703-218-2144
Fax: 703-218-2160
Email: Bandar.Al-Saif@ofplaw.com

*Counsel for Plaintiff*

**ORDERED:**

1. A Final Pre-Trial Conference will be held on **May 25, 2027 at 11:00 am**, or the soonest date thereafter that suits the Court's schedule, at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA 22314.
2. The Plaintiff shall make Expert Witness Disclosures required by Fed. R. Civ. P. 26(a)(2) not later than **January 7, 2027**.
3. The Defendant shall make Expert Witness Disclosures not later than **February 8, 2027**.
4. The parties shall make Rebuttal Expert Witness Disclosures by **February 22, 2027**.
5. All discovery shall be concluded by **March 8, 2027**.
6. Dispositive motions shall be filed by **April 7, 2027**. Responses thereto shall be filed by **April 28, 2027** and replies thereto by **May 12, 2027**. Any hearing on dispositive motions shall be noticed for a hearing to be held on **May 25, 2027 at 11:00 am**.
7. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

DATED: Nov 16 2026
Alexandria, VA

/s/ Klinette H Kindred
**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered on Docket: Nov 16 2026

I ASK FOR THIS:

/s/ ***Bandar K. Al-Saif***
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel: 703-218-2144**
**Fax: 703-218-2160**
**Email: Bandar.Al-Saif@ofplaw.com**

*Counsel for Plaintiff*

SEEN AND AGREED:

/s/ ***Daniel M. Press***
**Daniel M. Press (VSB No. 37123)**
**CHUNG & PRESS, P.C.**
**6718 Whittier Ave. #200**
**McLean, Virginia 22101**
**Tel: 703-734-7600**
**Email: dpress@chung-press.com**

*Counsel for Defendant*

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

I certify that this order has been endorsed by all necessary parties.

*/s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

**Copies to:**

Bandar Al-Saif
*Counsel to the Plaintiff*

Daniel Press
*Counsel to the Defendant*

#10079414